UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

ROBINSON'S CATERING INC. )
D/B/A BRANCATO'S CATERING )
_____, )
       Plaintiff (s), )
  )
v. ) Case No.
  )
  )
_____, )
       Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now _____ and notifies the court of the intent to use
     (Plaintiff or Defendant)

_____
(name and address of process server)

_____

_____

To serve:

_____in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

_____                           _____
(date)                                            (attorney for Plaintiff)

                                                      _____
                                                      (attorney for Defendant)